```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

United States of America

    v.                            2:19-cr-97
                                   Judge Morrison

Jennifer Riggs

## ORDER

There being no objections, the Court hereby adopts the Supplemental Report and Recommendation of the Magistrate Judge (ECF No. 33) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Count 1 of the Information, and she is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: August 1, 2019           s\Sarah D. Morrison
                                      Sarah D. Morrison
                                      United States District Judge